UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Louis Stogianos.

Case No. 11-40832
Chapter 13

Debtor(s)

-----------------------------------------------------------x

## NOTICE OF CONVERSION OF CASE

_____Louis Stogianos,_____, debtor(s) in the above-captioned case, hereby notify the Court of the conversion of this case to one under Chapter 7, pursuant to 11 U.S.C. Sec. 1307(a).

Dated: FEB 28TH, 2011

_____
Debtor

_____
Debtor (if joint case)