The Law Offices of Avrum J. Rosen, PLLC
Attorneys for Debra Kramer, Trustee
38 New Street
Huntington, New York 11743
631 423 8527
Fred S. Kantrow
Avrum J. Rosen

UNITED STATES BANKRUPTCY COURT   RETURN DATE: **6/16/11**
EASTERN DISTRICT OF NEW YORK    TIME: **10:00 a.m.**
-----------------------------------------------------------------x
In re:

                 Chapter 7
    LOUIS STOGIANOS,        Case No.: 11-40832-jf

         Debtor.
-----------------------------------------------------------------x

## NOTICE OF TRUSTEE'S MOTION FOR AN ORDER EXTENDING THE TIME TO OBJECT TO THE DEBTOR'S DISCHARGE

   **PLEASE TAKE NOTICE** that Debra Kramer, the interim chapter 7 trustee (the "Trustee") of the estate of Louis Stogianos, the debtor (the "Debtor") by and through her attorneys, The Law Offices of Avrum J. Rosen, PLLC, shall move before the Hon. Jerome Feller, United States Bankruptcy Judge, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, pursuant to section 727 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 4004 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") extending the time within which the Trustee and the Office of the United States Trustee may file a complaint pursuant to section 727 of the Bankruptcy Code objecting to the Debtor's discharge from June 14, 2011 up to and including September 14, 2011, without prejudice to the rights of the United States Trustee and/or the Trustee to seek further extensions of such time at the Conrad B. Duberstein United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201 in Courtroom 3554, on **JUNE 16, 2011 at**

**10:00 a.m.** or as soon thereafter as counsel may be heard.

       **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the

Application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of

the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed

with the Bankruptcy Court electronically in accordance with General Order #462, by registered

users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5

inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS

text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers,

and be served in accordance with General Order #462, and upon (i) counsel to the Trustee, The

Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743; and (ii)

the Office of the United States Trustee, 271 Cadman Plaza East, Brooklyn, New York 11201, so

as to be received by no later than 4:00 p.m. on June 9, 2011.

       **PLEASE TAKE FURTHER NOTICE** that only those objections that have been timely

filed may be considered by the Court.

Dated: Huntington, New York
       May 14, 2011

                        The Law Offices of Avrum J. Rosen, PLLC
                        Attorneys for the Trustee

                BY:    S/Fred S. Kantrow
                        Fred S. Kantrow
                        38 New Street
                        Huntington, New York 11743
                        631 423 8527
                        Fkantrow@avrumrosenlaw.com