UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

    LOUIS STOGIANOS,

                        Debtor.

-------------------------------------------------------------------x

Chapter 7
Case No.: 11-40832-jf

## **ORDER**

_____UPON the motion (the "Motion") dated May 14, 2011, of Debra Kramer, the interim chapter 7 trustee (the "Trustee") of the estate of Louis Stogianis, the debtor (the "Debtor"), by and through her counsel, The Law Offices of Avrum J. Rosen, PLLC, seeking the entry of an Order extending the time within which the Trustee and the United States Trustee may file a complaint pursuant to section 727 of title 11 of the United States Code (the "Bankruptcy Code") objecting to the Debtor's discharge from June 14, 2011 up to and including September 14, 2011, without prejudice to the rights of the Trustee and/or the United States Trustee to seek further extensions of such time; and the matter having come on for a hearing before the Court on DATE; and upon the record thereof, and there being no opposition to the relief sought in the Motion; or said opposition having been withdrawn or otherwise overruled; and after due deliberation and sufficient cause having been shown; it is hereby

**ORDERED,** that the time within which the Trustee and/or the United States Trustee may file a timely complaint pursuant to section 727 of the Bankruptcy Code objecting to the Debtor's discharge is hereby extended from June 14, 2011 up to and including September 14, 2011, without prejudice to the rights of the Trustee and/or the United States Trustee to seek further extensions of such time.