The Law Offices of Avrum J. Rosen, PLLC
Attorneys for Debra Kramer, Trustee
38 New Street
Huntington, New York 11743
631 423 8527
Fred S. Kantrow
Avrum J. Rosen

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **11/1/11** |
| EASTERN DISTRICT OF NEW YORK | TIME: **10:00 a.m.** |

----------------------------------------------------------------x

In re:

       LOUIS STOGIANOS,

                     Debtor.

Chapter 7
Case No.: 11-40832-jf

----------------------------------------------------------------x

**NOTICE OF TRUSTEE'S APPLICATION FOR THE ENTRY OF AN ORDER
(i) COMPELLING THE DEBTOR TO APPEAR AT AND BE EXAMINED
AT A SECTION 341(a) MEETING OF CREDITORS AND (ii) FURTHER EXTENDING
THE TIME FOR THE TRUSTEE AND/OR THE OFFICE OF THE
UNITED STATES TRUSTEE TO COMMENCE AN ACTION TO
DENY THE DEBTOR'S DISCHARGE PURSUANT TO SECTION 727
OF THE BANKRUPTCY CODE**

      **PLEASE TAKE NOTICE THAT** Debra Kramer, the chapter 7 trustee of the above captioned case, by and through her counsel, The Law Offices of Avrum J. Rosen, PLLC, shall move before the Hon. Jerome Feller, United States Bankruptcy Judge, on **NOVEMBER 1, 2011 at 10:00 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order (i) compelling Louis Stogianos, the debtor (the "Debtor"), to appear at a section 341(a) meeting of creditors; and (ii) further extending the time by which the Trustee and/or the Office of the United States Trustee may timely commence an action seeking to deny the Debtor's discharge pursuant to section 7272 of title 11 of the United States Code (the "Bankruptcy Code") at the Conrad B. Duberstein United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201 in Courtroom 3554.

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the

1

Application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with General Order #462, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with General Order #462, and upon (i) counsel to the Trustee, The Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743; and (ii) the Office of the United States Trustee, 271 Cadman Plaza East, Brooklyn, New York 11201, so as to be received by no later than 4:00 p.m. on October 25, 2011.

**PLEASE TAKE FURTHER NOTICE** that only those objections that have been timely filed may be considered by the Court.

Dated: Huntington, New York
September 30, 2011

> The Law Offices of Avrum J. Rosen, PLLC
> Counsel to Debra Kramer, Trustee
>
> BY: S/Fred S. Kantrow
> Fred S. Kantrow
> 38 New Street
> Huntington, New York 11743
> 631 423 8527
> Fkantrow@avrumrosenlaw.com